PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Ethan Welwart**                                   Docket No. **23-CR-726-2**

### Petition for Action on Conditions of Pretrial Release

COMES NOW SOPHIA GRIGOLO PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Ethan Welwart**, who was placed under pretrial release supervision by the **HONORABLE JAMES B. CLARK III, U.S. MAGISTRATE JUDGE** sitting in the Court at **50 Walnut St Newark, NJ**, on **September 3, 2020**, under a $250,000 unsecured appearance bond with the following conditions:

1. **Pretrial Services Supervision.**
2. **Surrender all passports/travel documents. Do not apply for new travel documents.**
3. **Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.**
4. **No billing of federal health care benefit program, including Medicare, Medicaid, or TRICARE".**
5. **The defendant shall report to the United States Marshal Services in Newark, New Jersey for processing at a date to be determined.**

The defendant appeared before the **HONORABLE ESTHER SALAS, U.S. DISTRICT JUDGE** for an Initial Appearance and Arraignment on the indictment in this matter on September 18, 2023. The above conditions of release were continued with the following addition:

6. **No contact with co-defendants, co-conspirators, victims or witnesses, unless in the presence of counsel, with the exception of William Welwart; however, William and Ethan Welwart shall not discuss the instant case.**

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER **a modification of the conditions of release to include:  Substance abuse testing/treatment as directed by Pretrial Services.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __24th__ day of __January__, __2024__ and ordered filed and made a part of the records in the above case. | Executed on __January 22, 2024__ |
| _____<br>HONORABLE ESTHER SALAS<br>U.S. District Judge | _____<br>SOPHIA GRIGOLO<br>U.S. Pretrial Services Officer |