**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**NEWARK**

**Minutes of Proceedings**

**Judge: Hon. Esther Salas**

Court Reporter: Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: December 19, 2024

**Title of Case:**

U.S.A. v. WILLIAM B. WELWART et al

Docket No. **Cr. 23-726(ES)**

**Appearances:**

Katherine Romano, AUSA, for the govt.
Mark McCarren, AUSA, for the govt.
Lee Vartan, Esq., for deft., William B. Welwart.
Bruce Levy, Esq., for deft., Ethan B. Welwart.
Robert Stahl, Esq., for deft., Gary Kaczka.

**Nature of Proceedings:**     TELEPHONE STATUS CONFERENCE

Teleconference on the record.
Defendants' appearances waive by counsel.
Counsel advised the Court that discovery is completed at this time.
Extensive discussions regarding filter and spillage issues held.
Ordered counsel to submit all exchanged letters to the Court regarding pending issues.
Ordered Govt. to respond to defense counsel letter dated 10/24/2024 on 1/3/2025.
Simultaneous submissions due on the pending issued due on 1/10/2025.
Continuance Order to be submitted.
An in-person Status Conference to be set in January 2025.

Time   Commenced:   11:00   p.m.
Time   Adjourned:    11:40   p.m.
Total Time:  40 Min.

Elisaveta Kalluci
Courtroom Deputy