

**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

*970 Broad Street, 7ᵗʰ floor*                                     *973-645-2700*
*Newark, New Jersey 07102*


July 30, 2026

The Honorable Esther Salas
United States District Judge
Martin Luther King, Jr. Building
       & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

            Re:    *United States v. Welwart, et al.*, Cr. 23-726

Dear Judge Salas:

      The Government respectfully requests that the Court schedule this matter for a status conference to discuss setting a trial date.

      This case was charged by Indictment on September 12, 2023 (ECF No. 83), and the Court previously scheduled a jury trial set to begin on January 6, 2026 (see Dkt. Entry July 8, 2025). The trial date was continued due to then-ongoing litigation regarding the authority of the U.S. Attorney's Office. Those issues having been resolved, this matter is ready for trial.

      We thank the Court for its attention to this matter.

                   Respectfully submitted,

                   ROBERT FRAZER
                   United States Attorney


                   */s/ Katherine M. Romano*
      By:    Katherine M. Romano
             Jake A Nasar
             Assistant U.S. Attorneys

cc: Counsel of record (via ECF)